# IN THE UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF CALIFORNIA-SAN DIEGO DIVISION

| | |
|---|---|
| MARCUS SINTONI, | Case No.: 3:08-cv-02099-JAH-BLM |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS WITH PREJUDICE** |
| MRS ASSOCIATES, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' filed stipulation, the Court hereby orders, as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed with prejudice.

2. Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:   February 18, 2009

_____
JOHN A. HOUSTON
United States District Judge